452 A.2d 1080

Commonwealth v. Williams, Appellant.

Submitted March 10, 1982. John J. Gallagher, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.

452 A.2d 1081

Kraft t/d/b/a Allied Realty, Appellant v. Humford, Equ.

Argued November 6, 1981. Joseph G. Albert, for appellant; Arthur Silverblatt, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.